# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2013

146573

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MUSASHI AUTO PARTS OF MICHIGAN,
INC., d/b/a TECHNICAL AUTO PARTS, INC.,
      Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellant.

SC: 146573
COA: 305268
Ct of Claims: 10-000013-MT

_____/

      On order of the Court, the application for leave to appeal the December 13, 2012 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *NACG Leasing v Dep't of Treasury* (Docket No. 146234) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2013

_____
Clerk

t0515